UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN CHOYCE,<br><br>    Plaintiff,<br><br>    v.<br><br>N. RADASA,<br><br>    Defendant. | No.  2:20-cv-0608 KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights complaint under 42 U.S.C. § 1983.  Plaintiff alleges that Radasa has on several occasions intentionally denied plaintiff his PRN medication for his chronic chest pains and high blood pressure, causing plaintiff's condition to worsen, subjecting him to a possible stroke or heart attack, in violation of the Eighth Amendment.  On July 22, 2020, defendant filed a motion to opt out of the post-screening ADR project.  After reviewing the motion, the court finds good cause to grant defendants' motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out (ECF No. 17) is granted and the stay of this action is lifted; and

////

////

1

2. By separate order, the court will set a schedule for this case.

Dated: July 29, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/choy0608.optout

2